UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEJAN RADOJKOVIC,             )<br>                                                    )<br>            Petitioner,                 )<br>                                                    )<br>vs.                                              )<br>                                                    )<br>JANET NAPOLITANO, *et al.,*   )<br>                                                    )<br>            Respondents.            )<br>_____/ | 2:10-cv-00579–GMN-PAL<br><br>**ORDER** |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in which petitioner, a federal immigration detainee, is proceeding with representation of counsel.  Petitioner moves to substitute Richard Segerblom as his attorney for this action.  (ECF No. 12.)  Good cause appearing, petitioner's motion is **GRANTED.**  The clerk shall terminate Bret O. Whipple and substitute Richard Segerblom as the attorney of record for this case.

Petitioner also requests a status check of this case.  (ECF No. 13.)  The petition for writ of habeas corpus is currently fully briefed.  The court will issue a ruling on the petition as expeditiously as possible.  To facilitate the adjudication of this matter, petitioner **SHALL FILE** a status report **within thirty (30) days** of the date of this order advising the court of the status of the proceedings before the Board of Immigration Appeals.

**IT IS SO ORDERED.**

Dated this 6th day of September, 2012.

_____
Gloria M. Navarro
United States District Judge